MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ALEXANDRA P. SUMMER (CABN 266485)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: alexandra.summer@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>DENNIS FELIX WASHBURN,<br>    Defendant. | No. CR ~~12~~-70366 MAG<br>    13-70366 MAG<br><br>STIPULATION AND ~~[PROPOSED]~~<br>ORDER CONTINUING ARRAIGNMENT<br>AND PRELIMINARY HEARING AND<br>EXTENDING TIME |

    At the last appearance before the Court on June 13, 2013, arraignment and preliminary hearing was set for July 2, 2013.  The parties hereby request that such appearance be continued until August 5, 2013.  The parties are discussing pre-indictment resolution of this matter.  Defense counsel was in trial last week, the week of June 17, 2013, and will also be unavailable for the last two weeks of July.  Government counsel will be unavailable July 16 through 19, 2013.  Discovery has been produced to defense counsel.  The parties submit that for these reasons there is good cause to continue the next appearance.

    Time has already been extended under Federal Rule of Criminal Procedure 5.1 and Title 18, United States Code, Section 3161, through July 2, 2013.  Based upon the need for effective preparation and continuity of counsel, the parties agree and request that an extension of time be

~~[PROPOSED]~~ ORDER CONTINUING APPEARANCE AND EXTENDING TIME
CR 12-70366 MAG

1  granted from and including July 2, 2013, through and including August 5, 2013.  The parties
2  agree that the additional time is appropriate and necessary under Federal Rule of Criminal
3  Procedure 5.1 and Title 18, United States Code, Section 3161, because the needs of justice
4  served by the continuance outweigh the best interest of the public and the defendant in a speedy
5  trial.  This time extension will allow for continuity of counsel and for counsel to effectively
6  prepare, taking into account the exercise of due diligence.

DATED: June 25, 2013              Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney

                                          /s/
                                  ALEXA SUMMER
                                  Assistant United States Attorney

DATED: June 25, 2013                      /s/
                                  KEN WINE
                                  Counsel for Dennis Washburn

### [PROPOSED] ORDER

Based upon the above stipulation, and for good cause appearing, the hearing presently scheduled for July 2, 2013, at 9:30 a.m. in the above-captioned case shall be taken off calendar and rescheduled for August 5, 2013, at 9:30 a.m.  The Court further orders that the time from and including July 2, 2013 through and including August 5, 2013, is extended under Federal Rule of Criminal Procedure 5.1 and Title 18, United States Code, Section 3161, because the ends of justice served by such extension outweigh the best interest of the public and the defendant in a speedy trial.  This finding of good cause is based upon the need for continuity of counsel and for counsel to have reasonable time necessary for effective preparation.

IT IS SO ORDERED.

DATED: June 28, 2013

                                  _____
                                  HON. LAUREL BEELER
                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER CONTINUING APPEARANCE AND EXTENDING TIME
CR 12-70366 MAG